No. D–1401. IN RE DISBARMENT OF HUNT. It is ordered that A. Thomas Hunt, of Culver City, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1402. IN RE DISBARMENT OF GRIFFIN. It is ordered that James H. Griffin, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1403. IN RE DISBARMENT OF MOSTMAN. It is ordered that Paul Ian Mostman, of Granada Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1404. IN RE DISBARMENT OF YAMADA. It is ordered that Sunao T. A. Yamada, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–714. U. S. BANCORP MORTGAGE CO. v. BONNER MALL PARTNERSHIP. C. A. 9th Cir. [Certiorari granted, 510 U. S. 1039.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–762. JEROME B. GRUBART, INC. v. GREAT LAKES DREDGE & DOCK CO. ET AL.; and

No. 93–1094. CITY OF CHICAGO v. GREAT LAKES DREDGE & DOCK CO. ET AL. C. A. 7th Cir. [Certiorari granted, 510 U. S. 1108.] Motion of petitioner City of Chicago for divided argument granted to be divided as follows: petitioner Jerome B. Grubart, Inc., 15 minutes; petitioner City of Chicago, 15 minutes.

No. 93–1001. ALLIED-BRUCE TERMINIX COS., INC., ET AL. v. DOBSON ET AL. Sup. Ct. Ala. [Certiorari granted, 510 U. S. 1190.] Motion of American Arbitration Association for leave to file a brief as *amicus curiae* granted.

No. 93–1789. IN RE AZEN; and

No. 93–9072. IN RE HENTHORN. Petitions for writs of mandamus denied.